UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARWIN JESUS HERNANDEZ JULIAO ex rel. YENIREET COROMOTO SANTANDER DÍAS, <br><br> Petitioner, <br><br> -against- <br><br> LADEON FRANCIS, *in his official capacity as Acting Field Office Director of New York Immigration and Customs Enforcement*, et al., <br><br> Respondents. | 26-CV-03977 (JAV) <br><br> ORDER TO ANSWER, 28 U.S.C. § 2241 |

JEANNETTE A. VARGAS, United States District Judge:

Petitioner has, through next friend Yenireet Coromoto Santander Días, filed a Petition for the writ of *habeas corpus* under 28 U.S.C. § 2241.  ECF No. 1 ("Pet.").

The Court, having examined the Petition, hereby **ORDERS** that, to preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the United States absent further order of this Court.  *See, e.g.*, *Khalil v. Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-CV-0644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases.").

**Moreover, in light of Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.**  *See, e.g.*, *Perez y Perez v. Noem*, No. 25-CV-4828 (DEH), 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a

*habeas* petitioner's transfer pending adjudication of his petition); *see also, e.g., Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205 (WJM) (STV), 2025 WL 2280357, at \*14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117 (BLF), 2025 WL 2677125, at \*8-9, \*11 (N.D. Cal. Sept. 18, 2025) (same).

Within **two business days of the date of this Order**, Respondents shall file a letter with the following information:

a. whether Petitioner was, as the Petition alleges, *see* Pet., ¶ 1, located in the Southern District of New York at the time that the Petition was filed and, if not, what District Petitioner was in at the time of filing and whether the Petition should be immediately transferred to that District, *see, e.g., Öztürk v. Hyde*, 136 F.4th 382, 391-92 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y. 2025);

b. Petitioner's A-number, current place of detention, and a contact person who can facilitate prospective counsel's access to Petitioner;

c. confirming that ICE has been provided with a copy of this Order;

d. the statutory provision(s) under which Respondents assert the authority to detain Petitioner;

e. if the asserted basis for Petitioner's detention is 8 U.S.C. § 1225(b)(2)(A), whether there is any basis to distinguish this case from *Cunha v. Freden*, No. 25-3141-PR, 2026 WL 1146044 (2d Cir. Apr. 28, 2026). If not, whether Respondents would consent to issuance of the writ—subject to preservation of Respondents' arguments for appeal. If there is a basis to distinguish, whether Respondents waive the right to submit an answer and consent to issuance of the writ subject to preservation of Respondents' arguments for appeal.

f. a copy of any final order of removal; and

g. any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings.

Unless and until the Court orders otherwise, Respondents shall file an answer to the Petition within **three business days of the date of this Order**, and Petitioner shall file any reply within **ten business days of the date of this Order**.

2

The parties shall then appear for a case management conference with the Court on **May 29, 2026** at **11:00 a.m.**  The conference will be held via **Microsoft TEAMS at the following link**: https://teams.microsoft.com/meet/256198513132792?p=U2651hYgvklo5dSkfR (Meeting ID: 256 198 513 132 792; Passcode: 6qh2XE73).

All communications with the Court by a *pro se* party should be filed with the *Pro Se* Intake Unit by either (1) emailing the communication as an attachment in PDF format to ProSe@nysd.uscourts.gov (for instructions, see https://nysd.uscourts.gov/forms/instructions-filing-documents-email); (2) mailing the communication to the *Pro Se* Intake Unit, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007; or (3) hand-delivering the communication to the Pro Se Intake Unit.  No documents or court filings should be sent directly to Chambers. Copies of correspondence between a *pro se* party and counsel shall not be sent to the Court.

If this case has been settled or otherwise terminated, the parties are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event.  *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* http://nysd.uscourts.gov/ecf_filing.php.

**CONCLUSION**

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

The Court directs the Clerk of Court to mail a copy of this order to Petitioner's next friend Yenireet Coromoto Santander Días at the address listed on the docket sheet for this action.

3

Next friend Yenireet Coromoto Santander Días may receive court documents by email by completing the form, Consent to Electronic Service, which is attached.[1]

The Court also directs the Clerk of Court to mail next friend Yenireet Coromoto Santander Días an information package.

SO ORDERED.

Dated:    May 13, 2026
          New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

---

[1] For more information about consenting to electronic service, please review the court's Instructions. If Yenireet Coromoto Santander Días consents to receive documents by email, Yenireet Coromoto Santander Días will no longer receive court documents by regular mail.